IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GREGORY S. TOWNLEY,
    Petitioner,

vs.                        Case No.:  3:12cv484/RV/EMT

MICHAEL D. CREWS,
    Respondent.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 10, 2014 (doc. 43).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of the timely filed objections (doc. 45).

Having considered the Report and Recommendation, and the objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    The amended petition for writ of habeas corpus (doc. 13) is **DENIED**.

3.    A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 25th day of March, 2014.

                        /s/ *Roger Vinson*
                        **ROGER VINSON**
                        **SENIOR UNITED STATES DISTRICT JUDGE**